IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION


TIMOTEO V. RODRIGUEZ III,            §
                                     §
        Petitioner,                  §
                                     §
v.                                   §          2:11-CV-0192
                                     §
WILLIAM STEPHENS, Director,          §
Texas Department of Criminal Justice,§
Correctional Institutions Division,  §
                                     §
        Respondent.                  §


## REPORT AND RECOMMENDATION
## TO DISMISS PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the Petition for a Writ of Habeas Corpus by a Person in State

Custody filed by petitioner TIMOTEO V. RODRIGUEZ III.  By his habeas application, petitioner

challenges the Texas Board of Pardons and Paroles' denial of his release to discretionary mandatory

supervision.  On January 31, 2014, mail sent by the Court to petitioner was returned with the

notation, "RTS Discharged."  On this date, inquiry to the Texas Department of Criminal Justice,

Correctional Institutions Division, reveals petitioner was released to discretionary mandatory

supervision on July 23, 2013.  Petitioner did not notify the Court of his release, nor has he provided

the Court with a current address.


RECOMMENDATION

It is the RECOMMENDATION of the United States Magistrate Judge to the United States

District Judge that the Petition for Writ of Habeas Corpus by a Person in State Custody filed by

petitioner TIMOTEO V. RODRIGUEZ III be DISMISSED as moot.  The petitioner has received the

relief he seeks, *i.e.*, conditional release.  Alternatively, the case should be dismissed for want of

prosecution.


## INSTRUCTIONS FOR SERVICE

The United States District Clerk is directed to send a copy of this Report and Recommendation

to each party by the most efficient means available.

IT IS SO RECOMMENDED.

ENTERED this  14th  day of March 2014.


_____
CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE


## * NOTICE OF RIGHT TO OBJECT *

Any party may object to these proposed findings, conclusions and recommendation.  In the event
parties wish to object, they are hereby NOTIFIED that the deadline for filing objections is fourteen (14)
days from the date of filing as indicated by the "entered" date directly above the signature line.  Service
is complete upon mailing, Fed. R. Civ. P. 5(b)(2)(C), or transmission by electronic means, Fed. R. Civ.
P. 5(b)(2)(E).  **Any objections must be filed on or before the fourteenth (14th) day after this
recommendation is filed** as indicated by the "entered" date.  *See* 28 U.S.C. § 636(b); Fed. R. Civ. P.
72(b)(2); *see also* Fed. R. Civ. P. 6(d).

Any such objections shall be made in a written pleading entitled "Objections to the Report and
Recommendation."  Objecting parties shall file the written objections with the United States District
Clerk and serve a copy of such objections on all other parties.  A party's failure to timely file written
objections to the proposed findings, conclusions, and recommendation contained in this report shall bar
an aggrieved party, except upon grounds of plain error, from attacking on appeal the unobjected-to
proposed factual findings, legal conclusions, and recommendation set forth by the Magistrate Judge in
this report and accepted by the district court.  *See Douglass v. United Services Auto. Ass'n,* 79 F.3d
1415, 1428-29 (5th Cir. 1996); *Rodriguez v. Bowen,* 857 F.2d 275, 276-77 (5th Cir. 1988).